U.S.
v
Hamilton

CASE- 09CR321

2017 MAY 17 PM 1:25
CLERK'S OFFICE
AT BALTIMORE
BY ___KR___ DEPUTY

## Motion for Early Termination of Probation

To: Honorable Judge Bennett

I Ronald Hamilton ask that this Honorable Court grant my request for early termination of supervised release. I have maintain employment with New Life Care Center and Pro Plus Auto. I've done over 3yrs of supervised probation I only had one mishap concerning my wife Nancy Hamilton which now we put behind us and are moving forward together. I'am doing exceptionally well on probation calling, reporting, monthly report etc etc... I pray that this Honorable Court grant my motion Thank you for your time and consideration

Ronald Hamilton
5-17-17
2751 W. Fairmount Ave
Baltimore, MD 21223

cc U.S. Probation Officer
Mr. CJ Bokman